```
 1  ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
    By: Jeffrey R. Duarte
 2  State Bar No. 186190
    P.O. Box 0142
 3  Modesto, CA  95353
    Phone (209) 521-2552
 4  Fax: (209) 526-7898

 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELOINA ROGERS, | Case No.: 1:17-cv-01079-GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 30 days, to February 26, 2018, for plaintiff to serve plaintiff's letter brief.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///
///
///
///

-1-

Plaintiff's attorney is attending a California Applicants Attorneys Association convention from January 23 through January 28, 2018. Plaintiff's attorney needs additional time to further review the file and prepare the letter brief. Per Defendant's counsel email on January 9, 2018, defendant has no objection to this request.

Dated: January 11, 2018          Respectfully submitted,

By: */s/ Jeffrey R. Duarte*
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: January 11, 2018          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Sharon Lahey*
(As authorized via email)
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Plaintiff shall serve her confidential letter brief on Defendant no later than **February 26, 2018**. All other dates in the Court's Scheduling Order dated August 16, 2017 (Doc. 4), are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 15, 2018**            **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE